The Hon. Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR24-101-RSL |
| Plaintiff, | **ORDER OF FORFEITURE** |
| v. | |
| NEJOOM ALMANSURI, | |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for Order of Forfeiture ("Motion") seeking to forfeit, to the United States, Defendant Nejoom Almansuri's interest in a sum of money (also known as a forfeiture money judgment) in the amount of $147,631.41 reflecting proceeds Defendant Nejoom Almansuri personally obtained from the *Conspiracy to Commit Mail Fraud,* in violation of 18 U.S.C. § 1349.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of an Order of Forfeiture is appropriate because:

- The proceeds of *Conspiracy to Commit Mail Fraud,* in violation of 18 U.S.C. § 1349, are forfeitable pursuant to 18 U.S.C. § 981(a)(1)(C), by way of 28 U.S.C. § 2461(c);

Order of Forfeiture - 1
*United States v. Almansuri*, CR24-101-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

|  |  |
|---|---|
| 1 | • In her Plea Agreement, Defendant Nejoom Almansuri agreed to forfeit, pursuant to 18 U.S.C. § 981(a)(1)(C), by way of 28 U.S.C. § 2461(c), the proceeds she obtained from the *Conspiracy to Commit Mail Fraud*, to which she entered a guilty plea (Dkt. No. 138, ¶ 13); |
| 5 | • In her Plea Agreement, Defendant Nejoom Almansuri admitted that she personally obtained proceeds of at least $147,631.41 from the *Conspiracy to Commit Mail Fraud* (*Id.* at 11); |
| 8 | • The forfeiture of this sum of money is separate and distinct from the restitution ordered in this case; |
| 10 | • The forfeiture of this sum of money is personal to Defendant Nejoom Almansuri and, pursuant to Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(c)(1), no third-party ancillary process is required before forfeiting it; and |
| 14 | • The forfeiture of this sum of money will be final upon sentencing. |

NOW, THEREFORE, THE COURT ORDERS:

1. Pursuant to 18 U.S.C. § 981(a)(1)(C), by way of 28 U.S.C. § 2461(c) and his Plea Agreement, Defendant Nejoom Almansuri's interest in a sum of money in the amount of $147,631.41 is fully and finally forfeited, in its entirety, to the United States;

2. Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) – (B), this Order will become final as to Defendant Almansuri at the time she is sentenced; it will be made part of the sentence; and, it will be included in the judgment;

3. No right, title, or interest in the identified sum of money exists in any party other than the United States;

4. Pursuant to Fed. R. Crim. P. 32.2(e), in order to satisfy this Order forfeiting the sum of money, in whole or in part, the United States may move to amend this Order, at any time, to include substitute property having a value not to exceed $147,631.41; and

Order of Forfeiture - 2
*United States v. Almansuri*, CR24-101-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

5. The Court will retain jurisdiction in this case for the purpose of enforcing this Order, as necessary.

IT IS SO ORDERED.

DATED this 1st day of October, 2025.

*M S Lasnik*
THE HON. ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

*s/Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-2242
Fax: (206) 553-6934
Krista.Bush@usdoj.gov

Order of Forfeiture - 3
*United States v. Almansuri*, CR24-101-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970